1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, Marilyn Bracy

6

7                   **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
8
                                  * * *
9

| 10 | UNITED STATES OF AMERICA, | ) | Case No. 1:06-CR-00184 AWI |
|---|---|---|---|
| 11 | Plaintiff, | ) | **STIPULATION AND ORDER** |
| 12 | v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| 13 | MARILYN BRACY, | ) | Date       : February 5, 2007 |
|   | VETERINARY | ) | Time       : 9:00 a.m. |
| 14 | PHARMACEUTICALS, INC. | ) | |
|   | JAMES MANN and | ) | |
| 15 | HAROLD DESJARDINS., | ) | |
| 16 | Defendant. | ) | |
| 17 | _____ | ) | |

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, that the date for the Status Conference in the above-captioned matter be continued to

20 February 5, 2007, from January 8, 2007. The time and location of said Status Conference shall remain

21 the same.

22     The parties also agree that the delay resulting from the continuance shall be excluded in the

23 interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

24
   Dated: January 4, 2007                /s/ Dale A. Blickenstaff
25                                        DALE A. BLICKENSTAFF
                                          Attorney for Defendant, MARILYN BRACY
26 //

27 //

28
   **STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-CR-00184 AWI**

| | | |
|---|---|---|
| 1 | Dated: January 4, 2007 | /s/ Mark W. Coleman |
| 2 | | MARK COLEMAN |
| | | Attorney for Defendant, JAMES MANN |
| 4 | Dated: January 4, 2007 | /s/ Michael A. Diaz |
| 5 | | MICHAEL A. DIAZ |
| | | Attorney for Defendant, VETERINARY PHARMACEUTICALS |
| 7 | Dated: January 4, 2007 | /s/ Roger T. Nuttal |
| 8 | | Roger T. Nuttal |
| | | Attorney for Defendant, HAROLD DESJARDINS |
| 10 | Dated: January 4, 2007 | /s/ Mark E. Cullers |
| 11 | | MARK E. CULLERS |
| | | Assistant U. S. Attorney |

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-CR-00184 AWI**

# **ORDER**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).


IT IS SO ORDERED.

**Dated:    January 5, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE