1 **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2 5151 North Palm Avenue, Suite 10
Fresno, California 93704
3 (559) 227-1515 Telephone
(559) 221-6557 Facsimile
4

5 Attorney for Defendant, Marilyn Bracy

6

7                     **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
8
                                 * * *
9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | **Case No.  1:06-CR-00184 AWI** |
| 11 | Plaintiff, ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS** |
| 12 | v. ) | **CONFERENCE** |
| 13 | MARILYN BRACY, ) | Date        : March 12, 2007 |
| | VETERINARY ) | Time        : 9:00 a.m. |
| 14 | PHARMACEUTICALS, INC. ) | |
| | JAMES MANN and ) | |
| 15 | HAROLD DESJARDINS., ) | |
| 16 | Defendant. ) | |
| 17 | _____ ) | |

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, that the date for the Status Conference in the above-captioned matter be continued to March

20 12, 2007, from  February 5, 2007.  The time and location of said Status Conference shall remain the

21 same.

22     The parties also agree that the delay resulting from the continuance shall be excluded in the

23 interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

24
Dated: January 30, 2007                     /s/ Dale A. Blickenstaff
25                                                        DALE A. BLICKENSTAFF
                                                       Attorney for Defendant, MARILYN BRACY
26 //

27 //

28
**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-CR-00184 AWI**

| | | |
|---|---|---|
| 1 | Dated: January 30, 2007 | /s/ Mark W. Coleman |
| 2 | | MARK COLEMAN<br>Attorney for Defendant, JAMES MANN |
| 3 | | |
| 4 | Dated: January 30, 2007 | /s/ Michael A. Diaz |
| 5 | | MICHAEL A. DIAZ<br>Attorney for Defendant, VETERINARY PHARMACEUTICALS |
| 6 | | |
| 7 | Dated: January 30, 2007 | /s/ Roger T. Nuttal |
| 8 | | Roger T. Nuttal<br>Attorney for Defendant, HAROLD DESJARDINS |
| 9 | | |
| 10 | Dated: January 30, 2007 | /s/ Mark E. Cullers |
| 11 | | MARK E. CULLERS<br>Assistant U. S. Attorney |

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-CR-00184 AWI**

**Page 2**

# **ORDER**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).


IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   January 30, 2007**<br>0m8i78 | **/s/ Anthony W. Ishii**<br>UNITED STATES DISTRICT JUDGE |