**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
HAROLD DES JARDINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-CR-00184 AWI |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND** |
| HAROLD DES JARDINS, ET AL., | **O R D E R** |
| Defendants. | Hrg. Date: March 16, 2007<br>Time: 9:00 a.m.<br>Dept.: The Hon. LAWRENCE J. O'NEILL |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the Status Conference currently scheduled for March 16, 2007, be continued to **May 11, 2007, at 9:00 a.m. in the courtroom of the Honorable LAWRENCE J. O'NEILL.**

Counsel for Defendants herein have requested this continuance due to the fact that counsel for Defendant DES JARDANS, is in a trial entitled PEOPLE VS. BERNARD, ET AL., and is unable to be present at the hearing above-mentioned.

Counsel for Defendants, DES JARDANS and MANN, have spoken with Assistant U. S. Attorney, MARK CULLERS, who is agreeable to

1 | this continuance.
2 |     The parties agree that time shall be excluded from the
3 | filing of the motions through the hearing date on May 11, 2007,
4 | pursuant to 18 U.S.C. § 3161(h)(1)(F).
5 |     DATED: March 13, 2007.
6 |                              Respectfully submitted,
7 |                              NUTTALL & COLEMAN
8 |
9 |                                   /s/ Roger T. Nuttall
  |                              By: _____
10|                                   ROGER T. NUTTALL
  |                              Attorneys for Defendant
11|                                 HAROLD DES JARDINS
  | DATED: March 13, 2007.
12|
13|                                   /s/ Mark W. Coleman
  |                              By: _____
14|                                   MARK W. COLEMAN
  |                              Attorneys for Defendant
15|                                   JAMES MANN
16|
17| DATED: March 13, 2007.
18|
19|                                   /s/ Mark Cullers
20|                                 _____
  |                                   MARK CULLERS
21|                               Assistant U. S. Attorney
22|
23|
24|
25|
26|
27|
28|

2

# O R D E R

Good Cause exists for the continuance and the exclusion of time for the reasons stated in the stipulation. **HOWEVER, THIS CONTINUANCE IS CONDITIONED ON COUNSEL'S CLEAR UNDERSTANDING THAT AT THE STATUS HEARING ON MAY 11, 2007 (WHICH WILL NOT BE CONTINUED), A FIRM TRIAL DATE WILL BE SET.** This case will be a year old by the status hearing.

If the condition is not acceptable to counsel, then the hearing on March 16, 2007 will go forward as set.

IT IS SO ORDERED.

**Dated:   March 14, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES DISTRICT JUDGE