Michael A. Dias, SBN 183705
Jonette M. Montgomery, SBN 231145
Jimmy J. Rodriguez, SBN 234185
Joseph M. Simoes, SBN 236180
John C. Umscheid, SBN 249132
DIAS LAW FIRM
502 West Grangeville Boulevard
Hanford, California 93230
Telephone:  559/585-7330
Facsimile:  559/585-7335

Attorneys for Defendant,
VETERINARY PHARMACEUTICALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VETERINARY PHARMACEUTICALS, INC., HAROLD DESJARDINS, JAMES MANN, and MARILYN BRACY,<br><br>Defendants. | Case No. 06CR00184 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS AND DEADLINES FOR MOTIONS AND ORDER**<br><br>Date:  August 3, 2007<br>Time:  10:30 a.m.<br><br>Dept.: 4 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the deadlines and hearing dates for the Motions in the above-captioned matter be continued.  The Motions will be due by July 6, 2007 with the Responses due July 27, 2007.  The hearing on the Motions will be continued from August 3, 2007 to August 24, 2007 at 10:30 a.m. in Department 4 before the Honorable Lawrence J. O'Neill.

Counsel for Defendants herein have requested this continuance due to the Superseding Indictment filed on June 14, 2007.

Counsel for Defendant, Veterinary Pharmaceuticals Inc., has spoken with the Assistant U.S. Attorney, Mark Cullers, secretary, Nora, who has confirmed that Attorney Cullers is agreeable to this continuance.

Respectfully submitted,

DIAS LAW FIRM

Dated: June 21, 2007          /s/ Michael A. Dias
                              MICHAEL A. DIAS, Attorney for Defendant
                              VETERINARY PHARMACEUTICALS, INC.

NUTTALL & COLEMAN

Dated: June 21, 2007          /s/ Mark W. Coleman
                              MARK W. COLEMAN, Attorney for Defendant
                              JIM MANN

Dated: June 21, 2007          /s/ Roger T. Nuttall
                              ROGER T. NUTTALL, Attorney for Defendant
                              HAROLD DES JARDINS

Dated: June 21, 2007          /s/ Mark E. Cullers
                              MARK E. CULLERS
                              Assistant U.S. Attorney

## ORDER

Good Cause exists for the continuance for the reasons stated in the stipulation. In addition, good cause, for the reasons stated, exists to exclude time.
IT IS SO ORDERED.

**Dated:   June 22, 2007**             /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION HEARING ON MOTIONS AND DEADLINES FOR MOTIONS AND ORDER