(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
    HAROLD DES JARDINS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAROLD DES JARDINS, ET AL.,<br><br>    Defendants. | Case No.: 1:06-CR-00184 LJO<br><br>**STIPULATION TO CONTINUE**<br>**MOTION HEARING**<br>**AND O R D E R OF DENIAL**<br><br>Date: August 24, 2007<br>Time: 1:30 p.m.<br>Dept: LJO |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the Motion Hearing currently scheduled for August 24, 2007, be continued to **September 21, 2007, at 11:00 a.m. in the courtroom of the Honorable LAWRENCE J. O'NEIL.**

Counsel for Defendants herein have requested this continuance due to the fact that counsel for Defendant DES JARDANS, is in a trial entitled PEOPLE VS. JACK QUIGLEY, and is unable to be present at the hearing above-mentioned.

///

///

Counsel for Defendants, DES JARDANS and MANN, have spoken with

1  Assistant U. S. Attorney, MARK CULLERS, who is agreeable to this
2  continuance.
3  DATED: August 21, 2007.

                                        Respectfully submitted,

                                        NUTTALL & COLEMAN


                                              /s/ Roger T. Nuttall
                                    By: _____
                                        ROGER T. NUTTALL
                                        Attorneys for Defendant
                                        HAROLD DES JARDINS

DATED: August 21, 2007.

                                              /s/ Mark W. Coleman
                                    By: _____
                                        MARK W. COLEMAN
                                        Attorneys for Defendant
                                        JAMES MANN

DATED: August 21, 2007.

                                              /s/ Michael Dias
                                    By: _____
                                        MICHAEL DIAS
                                        Attorneys for Defendant
                                        VETERINARY PHARMACEUTICALS INC.

DATED: August 21, 2007.


                                              /s/ Mark Cullers
                                        _____
                                        MARK CULLERS
                                        Assistant U. S. Attorney

2

**O R D E R**

THE COURT HAS RECEIVED AND REVIEWED THE REQUEST TO CONTINUE THE MOTIONS SET TO BE HEARD IN 48 HOURS.  SINCE A GOOD DEAL OF TIME HAS BEEN DEVOTED TO PREPARING FOR THE MOTIONS, BOTH BY COUNSEL AND BY THE COURT, COUPLED WITH THERE BEING NO STATEMENT REGARDING WHEN IT WAS LEARNED THAT COUNSEL WAS TO BE IN TRIAL AND THUS UNAVAILABLE FOR THE HEARING ON THE MOTIONS (OR IN THE ALTERNATIVE THAT THE TRIAL TOOK LONGER THAN ORIGINALLY WAS PREDICTED), AND/OR THAT ALTERNATIVE COUNSEL IS NOT AVAILABLE TO APPEAR FOR THE MOTIONS HEARING, THE COURT CAN NOT CONCLUDE THAT GOOD CAUSE EXISTS TO GRANT THE CONTINUANCE.  THE MOTION IS DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   August 22, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE