**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
HAROLD DES JARDINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:06-CR-00184 LJO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MOTION HEARING AND** |
| HAROLD DES JARDINS, ET AL., | **O R D E R** |
| Defendants. | |
| | Date: August 24, 2007 |
| | Time: 1:30 p.m. |
| | Dept: LJO |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the Motion Hearing currently scheduled for August 24, 2007, be continued to **September 21, 2007, at 11:00 a.m. in the courtroom of the Honorable LAWRENCE J. O'NEIL.**

Counsel for Defendants herein have requested this continuance due to the fact that Roger T. Nuttall, Esq., counsel for Defendant DES JARDANS, is in a trial entitled PEOPLE VS. JACK QUIGLEY, and is unable to be present at the hearing above-mentioned.  Attached hereto as Exhibit "A" is a Declaration in Support of the Stipulation to Continue the Motion Hearing.

1  Counsel for Defendants, DES JARDANS and MANN, have spoken with
2  Assistant U. S. Attorney, MARK CULLERS, who is agreeable to this
3  continuance.
4  DATED: August 21, 2007.

Respectfully submitted,

NUTTALL & COLEMAN

/s/ Roger T. Nuttall
By: _____
ROGER T. NUTTALL
Attorneys for Defendant
HAROLD DES JARDINS

DATED: August 21, 2007.

/s/ Mark W. Coleman
By: _____
MARK W. COLEMAN
Attorneys for Defendant
JAMES MANN

DATED: August 21, 2007.

/s/ Michael Dias
By: _____
MICHAEL DIAS
Attorneys for Defendant
VETERINARY PHARMACEUTICALS INC.

DATED: August 21, 2007.

/s/ Mark Cullers
_____
MARK CULLERS
Assistant U. S. Attorney

2

**O R D E R**

The Court has received and reviewed the declaration of Counsel Nuttall dated August 21, 2007. The issue concerning the health issue has convinced the Court that good cause exists. The Court notes that too much work in one's office is not convincing as a good cause ground for a continuance. If it were, 90% of the matters on calendar would be continued. The health matter, however, is a totally different and convincing reason.

Good Cause Appearing, the motions will be heard on September 21, 2007 at 11 a.m., and time will be excluded for that same reason.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   August 23, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE