1   **MARK W. COLEMAN, #117306**
    **NUTTALL & COLEMAN**
2          2445 Capitol Street, Suite 150
             FRESNO, CA 93721
3          PHONE (559) 233-2900
             FAX (559) 485-3852
4

5   ATTORNEYS FOR Defendant,
                   JAMES MANN
6

7              **UNITED STATES DISTRICT COURT**

8             **EASTERN DISTRICT OF CALIFORNIA**

9
    UNITED STATES OF AMERICA,          Case No.: 1:06-CR-00184 LJO
10
            Plaintiff,
11                                      **STIPULATION TO CONTINUE**
        vs.                                  **MOTION HEARING**
12                                                **AND**
    JAMES MANN, ET AL.,                    **O R D E R**
13
            Defendants.
14                                      Date: October 12, 2007
                                         Time: 8:30 a.m.
15                                      Dept: LJO

16

17      **IT IS HEREBY STIPULATED** by and between attorneys for the

18  respective parties herein that the Motion Hearing currently

19  scheduled for October 12, 2007, be continued to January 11, 2008,

20  at 8:30 a.m. in the courtroom of the Honorable LAWRENCE J. O'NEIL.

21      Counsel for Defendants herein have requested this continuance

22  due to the fact that the U.S. Attorney has made an offer to

23  defendants which, at this time, is a "package deal."  Two of the

24  three defendants may be willing to consider the offer, however, the

25  third defendant needs more time to review factual and legal issues

26  involved.

27      All parties want to resolve this issue prior to hearings on

28  the pending motions.

1    The U.S. Attorney has given the defendant's until the Motions

2  Hearing in this case to reject or accept the offer.

3    Additionally, Roger T. Nuttall, Esq., counsel for DES JARDINS

4  is currently involved in a trial entitled <u>PEOPLE V. LARISSA</u>

5  <u>SHUSTER</u>, and does not anticipate that the trial will be concluded

6  until late December 2007

7    Counsel for Defendants, VPI, DES JARDINS and MANN, have spoken

8  with Assistant U. S. Attorney, MARK CULLERS, who is agreeable to

9  this continuance.

10  DATED: October 9, 2007.

11                              Respectfully submitted,

12                              NUTTALL & COLEMAN

13

14                                  /s/ Roger T. Nuttall
                             By:  _____
15                                ROGER T. NUTTALL
                                  Attorneys for Defendant
16                                HAROLD DES JARDINS
    DATED: October 9, 2007.
17

18                                  /s/ Mark W. Coleman
                             By:  _____
19                                MARK W. COLEMAN
                                  Attorneys for Defendant
20                                JAMES MANN

21  DATED: October 9, 2007.

22

23                                  /s/ Michael Dias
                             By:  _____
24                                MICHAEL DIAS
                                  Attorneys for Defendant
25                                VETERINARY PHARMACEUTICALS INC.

26  DATED: October 9, 2007.
                                   /s/ Mark Cullers
27                                _____
                                  MARK CULLERS
28                                Assistant U. S. Attorney

# O R D E R

Good Cause Appearing, The Court finds good cause for the continuance of the motions.  The trial date of April 28, 2008 will remain as a FIRM trial date.

IT IS SO ORDERED.

**Dated:    October 10, 2007              /s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE