1  **MARK W. COLEMAN, #117306**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   JAMES MANN
6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9
10  UNITED STATES OF AMERICA,            Case No.: 1:06-CR-00184 LJO

11          Plaintiff,
                                         **STIPULATION TO CONTINUE**
12      vs.                              **MOTION HEARING**
                                         **AND**
13  JAMES MANN, ET AL.,                  **O R D E R**

14          Defendants.
                                         Date: January 11, 2008
15                                       Time: 8:30 a.m.
                                         Dept: LJO

16

17     **IT IS HEREBY STIPULATED** by and between attorneys for the
18  respective parties herein that the Motion Hearing and Arraignment
19  currently scheduled for January 11, 2008, be continued to February
20  8, 2008, at 8:30 a.m. in the courtroom of the Honorable LAWRENCE J.
21  O'NEIL.
22     Counsel for Defendants herein have requested this continuance
23  due to the fact that counsel for the defendants and the U.S
24  Attorney are in the process of settlement negotiations. Numerous
25  meetings have occurred and there has been significant progress with
26  at least two of the defendants.
27     All parties want to resolve this issue prior to hearings on
28  the pending motions.

1  Counsel for Defendants, VPI, DES JARDINS and MANN, have spoken
2  with Assistant U. S. Attorney, MARK CULLERS, who is agreeable to
3  this continuance.

4  DATED: January 9, 2008.          Respectfully submitted,

5                                   NUTTALL & COLEMAN

6                                        /s/ Roger T. Nuttall
                              By:  _____
7                                  ROGER T. NUTTALL
                                   Attorneys for Defendant
8                                  HAROLD DES JARDINS

9  DATED: January 9, 2008.

10                                       /s/ Mark W. Coleman
                              By:  _____
11                                 MARK W. COLEMAN
                                   Attorneys for Defendant
12                                 JAMES MANN

13 DATED: January 9, 2008.

14                                       /s/ Michael Dias
                              By:  _____
15                                 MICHAEL DIAS
                                   Attorneys for Defendant
16                                 VETERINARY PHARMACEUTICALS INC.

17 DATED: January 9, 2008.
                                     /s/ Mark Cullers
18                                 _____
                                   MARK CULLERS
19                                 Assistant U. S. Attorney

20
                                 **O R D E R**
21
22 THE CONTINUANCE REQUEST WILL BE GRANTED AND TIME EXCLUDED PENDING THE HEARING ON THE MOTIONS.

23 THE COURT IS NOT ABLE TO CONTINUE THIS MATTER TO FEBRUARY 8TH
   BECAUSE OF THE FEDERAL OPEN DOORS PROGRAM TO BE HELD THAT DATE, SO
24 THE MATTER IS CONTINUED TO **THURSDAY FEBRUARY 7, 2008 AT 8;45 A.M. INSTEAD.**

25 IT IS SO ORDERED.

26 **Dated:   January 10, 2008**              /s/ Lawrence J. O'Neill
27                                           UNITED STATES DISTRICT JUDGE

28

2