**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JAMES MANN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES MANN, ET AL.,<br><br>    Defendants. | Case No.: 1:06-CR-00184 LJO<br><br>**STIPULATION TO CONTINUE**<br>**MOTION HEARING**<br>**AND**<br>**O R D E R**<br><br>Date: February 7, 2008<br>Time: 8:30 a.m.<br>Dept: LJO |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the Motion Hearing and Arraignment currently scheduled for February 7, 2008, be continued to March 21, 2008, at 8:30 a.m. in the courtroom of the Honorable LAWRENCE J. O'NEIL.

Counsel for Defendants herein are requesting this continuance due to the fact that counsel for the defendants and the U.S Attorney are still in the process of settlement negotiations. Numerous meetings have occurred and there has been significant progress with at least two of the defendants. A tentative plea agreement has been sent to one defendant.

All parties want to resolve this issue prior to hearings on

the pending motions.

Counsel for Defendants, VPI, DES JARDINS and MANN, have spoken with Assistant U. S. Attorney, MARK CULLERS, who is agreeable to this continuance.

DATED: February 4, 2008.          Respectfully submitted,

                                  NUTTALL & COLEMAN

                                       /s/ Roger T. Nuttall
                              By:  _____
                                  ROGER T. NUTTALL
                                  Attorneys for Defendant
                                  HAROLD DES JARDINS

DATED: February 4, 2008.
                                       /s/ Mark W. Coleman
                              By:  _____
                                  MARK W. COLEMAN
                                  Attorneys for Defendant
                                  JAMES MANN

DATED: February 4, 2008.
                                       /s/ Michael Dias
                              By:  _____
                                  MICHAEL DIAS
                                  Attorneys for Defendant
                                  VETERINARY PHARMACEUTICALS INC.

DATED: February 4, 2008.
                                       /s/    Mark    Cullers
                                  _____
                                  MARK CULLERS
                                  Assistant U. S. Attorney

                                **O R D E R**

Good Cause Appearing for the continuance, the request is granted, and time is excluded for further settlement negotiations. No further continuances will be granted in the case.

IT IS SO ORDERED.

**Dated:   February 6, 2008**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2